IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

ROBERT L. HUDSON,

    Plaintiff,

Case No. 2:16-cv-02945-JPM-tmp

v.

SHELBY COUNTY, TENNESSEE, et al,

    Defendants.

---

## JUDGMENT

---

**JUDGMENT BY THE COURT.** The cause having come before the Court on the Plaintiff's Complaint (ECF No. 1) and the Court having dismissed all claims with prejudice following a non-jury trial (ECF No. 87),

**IT IS THEREFORE ORDERED, ADJUGED, AND DECREED** that in accordance with the Court's Opinion and Order Following Non-Jury Trial (ECF No. 87), the cause is DISMISSED WITH PREJUDICE.

**SO ORDERED**, this 30th day of August, 2018.

                              /s/ Jon P. McCalla
                              JON P. McCALLA
                              UNITED STATES DISTRICT JUDGE