# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

_____

ROBERT L. HUDSON,

    Plaintiff,

Case No.  2:16-cv-02945-JPM-tmp

v.

SHELBY COUNTY, GOVERNMENT, TENNESSEE,

    Defendant.

_____

## PLAINTIFF'S NOTICE OF APPEAL
_____

Pursuant to Fed. R. App. P. 3, 4, 24(a)(1) and 24(a)(3), notice is hereby given that Robert Hudson, Plaintiff in the above-named case, by and through his attorneys of record, hereby gives notice to the Court of his desire to appeal to the Sixth Circuit Court of Appeals from the Order Granting Defendants' Motion for Partial Judgment on the Pleadings entered August 1, 2017 and the Judgment entered on August 30, 2018 by the Honorable Jon P. McCalla.

          Respectfully Submitted,

Dated:  September 24, 2018          Attorneys for the Plaintiff

          */s/ James M. Allen*
          James M. Allen TN BPR 15968
          Allen Law Firm, PLLC
          212 Adams Avenue
          Memphis, TN  38103
          P 901-321-0731
          F 901-321-0751
          jim@jmallenlaw.com

          */s/ Edward M. Bearman*
          Edward M. Bearman
          The Law Office of Edward M.  Bearman
          780 Ridge Lake Blvd suite 202
          Memphis Tennessee 38120
          Phone 901.682.3450 x125
          Facsimile 901.682.3590
          ebearman@jglawfirm.com

CERTIFICATE OF SERVICE

      I hereby certify that the foregoing document filed through the Electronic Case Filing System, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and that a paper copy shall be served upon those indicated as non-registered participants on September 24, 2018.

                                              */s/ James M. Allen*
                                              James M. Allen