Case No. 18-6014

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## ORDER

ROBERT LEE HUDSON

    Plaintiff - Appellant

v.

SHELBY COUNTY GOVERNMENT; SHELBY COUNTY DIVISION OF CORRECTIONS; WILLIAM GUPTON, JR., and ANTHONY GUNN, both individually and in their official capacities

    Defendants - Appellees

 

In accordance with Rule 33, Rules of the Sixth Circuit, and upon consideration of the parties' stipulation to dismiss,

It is **ORDERED** that the case is dismissed pursuant to 42(b), Federal Rules of Appellate Procedure.

                        **ENTERED PURSUANT TO RULE 33,**
                        **RULES OF THE SIXTH CIRCUIT**
                        Deborah S. Hunt, Clerk

Issued: November 19, 2018